UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEURANINE PERSAD,

              Petitioner,

-against-

JAMES CONWAY, Warden, Attica Correctional
Facility,

              Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV-4199 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2008 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on January 30, 2008, adopting with modifications the Report and Recommendation of Magistrate Judge Steven M. Gold, dated July 31, 2007; denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       January 30, 2008

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court